**EMPLOYERS MUTUAL LIABILITY IN-
SURANCE COMPANY OF
WISCONSIN et al.**

No. 47139.

March 30, 1964.

In re: Mrs. Mary P. Belanger and Joseph J. Pizzolatto applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of St. Mary. 159 So. 2d 500.

The application is denied. According to the facts of the case, as found to be by the Court of Appeal, there appears no error of law in the judgment complained of.

162 So.2d 8

**Clifton REED**

v.

**Richard E. BROWN, Jr., Administrator, Division of Employment Security, et al.**

No. 47156.

March 30, 1964.

In re: Clifton Reed applying for certiorari, or writ of review, to the Court of

Appeal, Third Circuit, Parish of Rapides. 159 So.2d 733.

Writ refused. We find no error of law in the ruling complained of.

162 So.2d 8

**Marie Baucum SCOTT et al.**

v.

**HUNT OIL COMPANY et al.**

No. 47164.

March 30, 1964.

In re: Marie Baucum Scott applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Claiborne. 160 So.2d 433.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

162 So.2d 8

**Alfred DYER, Sr.**

v.

**The TRAVELERS INSURANCE
COMPANY et al.**

No. 47167.

March 30, 1964.

In re: Alfred Dyer, Sr., applying for certiorari or writ of review to the Court of

Appeal, Fourth Circuit, Parish of Orleans. 159 So.2d 788.

. Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

HAMITER, J., recused.